32

United States District Court
Southern District of Texas
RECEIVED ENTERED
NOV 2 0 1998
Michael N. Milby, Clerk of Court
By Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RUSSELL P. SECHOVEC, § | |
| § | |
| PLAINTIFF, § | |
| § | |
| VS. § | C. A. NO. B-97-231 |
| § | |
| DAYCO PRODUCTS, INC. AND § | |
| K-MART CORPORATION § | |
| § | |
| DEFENDANTS. § | |

## ORDER GRANTING EXTENSION OF DISCOVERY DEADLINE

ON THIS DAY came on to be considered the Joint Motion for Extension of Discovery Deadline filed by the parties in the above matter, and the Court, having considered same and the pleadings in this matter, is of the opinion that said motion should be GRANTED. It is, therefore,

ORDERED that the discovery deadline in this matter is hereby extended to February 26, 1999.

SIGNED this ___ day of _____, 1998.

_____
UNITED STATES DISTRICT JUDGE