02/18/1999  02:22  9565460470
FEB-16-1999  09:59  BROWN,SIMS,WISE,&WHITE         713 629 5027   P.05/07

38

United States District Court
Southern District of Texas
ENTERED

FEB 25 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RUSSELL P. SECHOVEC, | § | |
| PLAINTIFF, | § | |
| VS. | § | C. A. NO. B-97-231 |
| DAYCO PRODUCTS, INC. AND K-MART CORPORATION | § | |
| DEFENDANTS. | § | |

## ORDER GRANTING EXTENSION OF DISCOVERY DEADLINE

ON THIS DAY came on to be considered the Joint Motion for Extension of Discovery Deadline filed by the parties in the above matter, and the Court, having considered same and the pleadings in this matter, is of the opinion that said motion should be GRANTED. It is, therefore,

ORDERED that the discovery deadline in this matter is hereby extended to March 15, 1999.

SIGNED this 25 day of Feb, 1999.

_____
UNITED STATES DISTRICT JUDGE