United States District Court
Southern District of Texas
ENTERED

**MAY 27 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RUSSELL P. SECHOVEC, | § | |
| PLAINTIFF, | § | |
| VS. | § | C. A. NO. B-97-231 |
| DAYCO SWAN, et al. | § | |
| DEFENDANTS. | § | |

## ORDER OF DISMISSAL

On the below-entered date came the Plaintiff, RUSSELL P. SECHOVEC, and the Defendants, DAYCO PRODUCTS, INC. and K-MART CORPORATION and advised the Court that their matters and differences in controversy have been compromised and settled and accordingly requested that the Plaintiff's Original Complaint and all amendments thereto be dismissed with prejudice with each party to bear their respective costs of Court; it is therefore

ORDERED, ADJUDGED and DECREED that the Plaintiff, RUSSELL P. SECHOVEC, recover nothing from the Defendants, DAYCO PRODUCTS, INC. and K-MART CORPORATION and his Original Complaint and all amendments thereto are hereby dismissed with prejudice with each party to bear their respective costs of Court. All relief sought herein which is not expressly granted is denied.

SIGNED at Brownsville, Texas this ____ day of _May_____, 1999.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

BROWN, SIMS, WISE & WHITE, P.C.

By: _____
    G. Byron Sims
    Fed. Id. No. 6099
    TBN: 18419000
    James A. Tatem
    TBN: 00785086
    2000 Post Oak Boulevard, Suite 2100
    Houston, Texas 77056-4496
    (713) 629-1580
    (713) 629-5027 (Telecopier)

ATTORNEYS FOR DEFENDANT
DAYCO PRODUCTS, INC. and
K-MART CORPORATION

R. W. ARMSTRONG & ASSOCIATES, P.C.

By: _____
    R. W. Armstrong
    Fed. Id. No.: 2237
    TBN: 01323500
    2600 Old Alice Road, Suite A
    Brownsville, Texas 78521
    (956) 546-5556
    (956) 546-0470 (Telecopier)

ATTORNEYS FOR PLAINTIFF
RUSSELL P. SECHOVEC

-2-